MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
LUZ AMANDA CRESPO,               :
                                 :
                 Plaintiff,      :
                                 :
        - v. -                   :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9666 (SHS)
Commissioner of                  :
Social Security,                 :
                                 :
                 Defendant.      :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 11, 2008 to and including April 11, 2008.  The reason for the request is

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       January 11, 2008

_____
LUZ AMANDA CRESPO
Plaintiff pro se
550 Cauldwell Avenue
  Apt.#5A
Bronx, New York  10455-2918
Telephone No.: (347) 431-1219

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED: 1/22/08

_____
UNITED STATES DISTRICT JUDGE